UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS ATANASIO,

                        Plaintiff,

-against-

BROTHERHOOD OF LOCOMOTIVE ENGINEERS
& TRAINMEN, ROBERT M. EVERS,
Individually and as General Chairman
of BROTHERHOOD OF LOCOMOTIVE
ENGINEERS & TRAINMEN, and MICHAEL J.
QUINN, Individually and as First
Vice-Chairman of the BROTHER OF
LOCOMOTIVE ENGINEERS & TRAINMEN,

                        Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2491 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR     2006 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on March 27, 2006, granting plaintiff's motion for remand; it is

ORDERED and ADJUDGED that judgment is hereby entered granting plaintiff's motion for remand.

Dated: Brooklyn, New York
       March 27, 2006

                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court